

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Samuel Gonzalez<br>DEFENDANT(S). | CASE NUMBER<br>CR 08 -1201 - 06<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

   Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __October 23__, __2008__, at __9:00__ ☑a.m. / ☐p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom __20__.

   Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
   _(Other custodial officer)_

Dated: __10/21/08__

_____
U.S. District Judge/Magistrate Judge

---